**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JIAYI DONG,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4675** |
| | : | |
| **JOSEPH B. EDLOW, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 7th day of July, 2026, Plaintiff Jiayi Dong having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Jiayi Dong seeks to proceed with this action she must pay $405 to the Clerk of Court within thirty (30) days of the date of this Order.

2. In the event Jiayi Dong is financially unable to pay the $405 in fees to commence this case, Jiayi Dong may move to proceed *in forma pauperis*.

3. Jiayi Dong will be provided a blank copy of the Court's non-prisoner application to proceed *in forma pauperis* bearing the civil action number of this case. Jiayi Dong may use this form to seek leave to proceed *in forma pauperis* if she cannot afford to pay the fees to commence this case. Jiayi Dong must complete the form in its entirety. In completing the form, Jiayi Dong must provide sufficient financial information for the Court to understand how she is supporting herself and any dependents. Additionally, Jiayi Dong must sign the form under penalty of perjury to attest that she is unable to pay the costs of these proceedings. A false statement may result in dismissal of Jiayi Dong's claims. If Jiayi Dong is granted *in forma pauperis* status, the *in forma pauperis* statute requires the Court to review her complaint and

dismiss it if it is frivolous or malicious, fails to state a claim, or seeks damages from an immune defendant.

4. If Jiayi Dong fails to comply with this Order, her case may be dismissed without further notice for failure to prosecute.

**GEORGE WYLESOL**
**CLERK OF COURT**

**By:** ***s/ Frank DelCampo***

**Deputy Clerk**